540 U.S. 1011
 AMAYA-CARAVEO
v.
UNITED STATES.
OROZCO-HERNANDEZ, AKA OROZCO, AKA HERNANDEZ, AKA SANCHEZ
v.
UNITED STATES.
JAIMES-ARZATE, AKA ARZATE JAIMES, AKA JAIMES, AKA JAMES, AKA HERNANDEZ
v.
UNITED STATES.
GODINES-MELENDEZ
v.
UNITED STATES and
HUERTA-MARTINEZ
v.
UNITED STATES.
 No. 03-6767.
 Supreme Court of United States.
 November 10, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 73 Fed. Appx. 82 (first, second, and fourth judgments) and 83 (third and fifth judgments).